# EXHIBIT F

SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Senior Investigator Ariela

DaSilva, Shield No. 124, of the New York County District Attorney's Office, (i) that there is

reasonable cause to believe that certain evidence, to wit:

(a)  Any and all associated subscriber information and user contact info, including, but not limited to, all "About Me" data, user identification number, current name and any prior names associated with the account, alternate names, birth date, contact email addresses, including removed email addresses, physical addresses, any associated or registered telephone numbers, screen names, or websites, apps, registration date, and work data;

(b)  A user neoprint, including account status history, profile contact information, date and time of account creation, historical login information, mini-feed, status update history, shares, notes, wall and timeline postings to the target account and made by the target account to other accounts, friend listing, including deleted or removed friends and friends identified as "Family," the names of all users listed as "Followers" or as "Following," networks, groups listing, future and past events, and video listing;

(c)  A user "photo-print," including all undeleted or saved photos, photos in which the user has been "tagged" with the user name, and all associated metadata and EXIF data with any such photos;

(d)  Any and all associated Groups information, including a list of all other users current registered in any such groups and the current status of the group profile page;

(e)  Any public or private messages, including any attached documents, images, or photos;

(f)  All notes written and published to the account;

(g)  IP logs for the date range of 8/1/15 through the date of this warrant, including script data, script get data, userid, view time, IP source information, login and logout data, and active sessions data;

(h)  All chat history, including, but not limited to, the content of all chats;

(i)  All check-in data;

(j)  All Connections data, including, but not limited to, all users who have liked THE TARGET FACEBOOK ACCOUNT's Page or Place;

(k)  All stored credit card numbers;

(l)  All Events data;

(m) All Friend Requests data, including pending sent and received friend requests;

(n)  All associated data that is "Hidden from News Feed," including any friends, apps, or pages hidden from the News Feed;

(o)  The Last Location associated with an update;

(p)  All "Likes on Other's Posts," "Likes on Your Posts from others," and "Likes on Other Sites" data;

(q)  All list of all linked accounts;

(r)  A list of all "Pages You Admin" for the target account;

(s)  All Physical Tokens data;

(t)  All Pokes data;

(u)  All Recent Activities data;

(v)  All Searches data;

(w) All Shares data; and

(x)  All videos posted to the target account.

may be found in the Facebook, Inc. (a/k/a Facebook or Facebook.com) account associated with user "MIKE HILL" with URL "WWW.FACEBOOK.COM/LAVELLOUS" ("THE TARGET FACEBOOK ACCOUNT"), and (ii) that there is reasonable cause to believe that the above-described property constitutes evidence and tends to demonstrate that an offense was committed, including, but not limited to Promoting Prostitution in the Third Degree, P.L. §230.25, Prostitution, P.L. §230.00, and an attempt or conspiracy to commit those crimes, that a particular person participated in the commission of an offense, and has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to retrieve, enter, examine, copy, analyze, and to search THE TARGET FACEBOOK ACCOUNT for the above-described evidence, and if you find such evidence or any part thereof, to bring it before the Court without unnecessary delay.

Further, this Court hereby authorizes law enforcement to seize, search, retrieve, and view all the data, information, and images provided to them by Facebook, Inc. (a/k/a Facebook or Facebook.com) and to print and otherwise reproduce them by converting or copying them into storage in another device.   Notwithstanding this authorization, the warrant/order is deemed "executed" when it is served upon Facebook, Inc. (a/k/a Facebook or Facebook.com) and subsequent review is deemed analysis.

The Court authorizes Facebook, Inc. (a/k/a Facebook or Facebook.com) to conduct the search/records check of its own records and computer systems, and to provide the results to the New York City Police Department or the New York County District Attorney's Office, in a format convenient for law enforcement.  Members of the New York City Police Department or the New York County District Attorney's Office or other law enforcement personnel are not required to be present while this search/records check is conducted by Facebook, Inc. (a/k/a Facebook or Facebook.com).

Further, pursuant to 18 U.S.C. §2705(b), this Court orders Facebook, Inc. (a/k/a Facebook or Facebook.com) not to notify or otherwise disclose the existence or execution of this warrant/order to any associated user/accountholder, <u>until the conclusion of this investigation or otherwise by court order</u>.

This warrant must be executed within 10 days of the date of issuance.

_____
HON. HEIDI C. CESARE
Justice of the Supreme Court

Dated: New York, New York
NOV 01 2016
_____

# EXHIBIT G

SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE MATTER OF AN APPLICATION PURSUANT

TO C.P.L. ARTICLE 690 AND 18 U.S.C. §2703 FOR A

WARRANT/ORDER TO SEARCH/OBTAIN RECORDS

RELATING TO:

FACEBOOK, INC. (A/K/A FACEBOOK, A/K/A

FACEBOOK.COM) ACCOUNTS ASSOCIATED WITH

USER "MIKE HILL" WITH UNIFORM RESOURCE

LOCATOR ("URL") "https://www.facebook.com/lavellous"

("THE TARGET FACEBOOK ACCOUNT")

## AFFIDAVIT IN SUPPORT OF
## SEARCH WARRANT

Senior Investigator Ariela DaSilva, being duly sworn, deposes and says:

1. I am a Senior Investigator at the New York County District Attorney's Office
   ("DANY"), Investigation Bureau, Human Trafficking Response Unit, and I am a
   public servant of the kind specified in CPL 690.05(1).

2. The information contained in this affidavit is based upon my review of documents
   related to this investigation and inferences I have drawn from this information.  It
   does not, however, include all of the information known to me with respect to this
   investigation, but only the information that is necessary to establish the requisite
   probable cause.

3. This affidavit is submitted in support of an application for a warrant to search and
   obtain records from the Facebook, Inc. (aka/ Facebook  or Facebook.com) account

1

USAO_0020020

of user "MIKE HILL" with uniform resource locator ("URL") "https://www.facebook.com/lavellous?fref=ts" ( "THE TARGET FACEBOOK ACCOUNT"), where there is reasonable cause to believe that evidence of the commission of the crime of Promoting Prostitution in the third Degree, P.L. §230.25, Prostitution, P.L. §230.00 and an attempt or conspiracy to commit those crimes, and related crimes, will be found in, including, but not limited to, the following:

a. Any and all associated subscriber information and user contact information, including, but not limited to, all "About Me" data, user identification number, current name and any prior names associated with the account, alternate names, birth date, contact email addresses, including removed email addresses, physical addresses, associated or registered telephone numbers, associated screen names, associated websites, apps, registration date, and work data;

b. A user "neo-print", including account status history, profile contact information, date and time of account creation, historical login information, mini-feed, status update history, shares, notes, wall and timeline postings to the target account, wall and timeline postings made by the target account to other accounts, friend listing, including deleted or removed friends and friends identified as "Family", the names of all users listed as "Followers" or as "Following," networks, group listing, future and past events, end video listing;

c. A user "photo-print", including all undeleted or saved photos, photos in which a user has been "tagged" with the user name, and all associated metadata or EXIF data with any such photos;

d. Any and all associated Groups information, including a list of all other users currently registered in any such groups and the current status of the group profile page;

e. Any public or private messages, including any attached documents, images, or photos;

f. All notes written and published to the accounts;

g. IP logs for the date range of 9/1/2016 through present, including script data, script get data, user id, view time, IP source information, login and logout data, and active sessions data;

h. All chat history, including, but not limited to, the content of all chats and date and time information for all chats;

i. All check-in data;

2

USAO_0020021

j. All Connections data, including, but not limited to, all users who have liked THE TARGET FACEBOOK ACCOUNTS' Page or Place;

k. All stored credit card numbers;

l. All events data;

m. All Friend Requests data, including pending sent and received friend requests;

n. All associated data that is "Hidden from News Feed," including any friends, apps, or pages hidden from the News Feed;

o. The Last Location associated with an update;

p. All "Likes on Other's Posts," "Likes on Your Posts from others," and "Likes on Others Sites" data;

q. A list of all linked accounts;

r. A list of all "Pages You Admin" for the target accounts;

s. All Physical Tokens data;

t. All Pokes data;

u. All Recent Activities data;

v. All Searches data;

w. All Shares data; and

x. All videos posted to the target accounts.

4. As set forth below, there is probable cause to believe the above-described TARGET FACEBOOK ACCOUNT has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense, tends to demonstrate that an offense was committed, and that a particular person participated in the commission of an offense.

## REASONABLE AND PROBABLE CAUSE TO BELIEVE THAT THERE IS EVIDENCE WITHIN THE TARGET EMAIL ACCOUNT

5. As set forth below, there is reasonable and probable cause to believe the above-described account has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense, and the above-described account constitutes evidence or tends to demonstrate that an offense was committed or that a particular person participated in the commission of an offense.

USAO_0020022

a. I have been a sworn investigator with the New York County District Attorney's Office for approximately nine (9) years. During that time period, I have been involved in the investigation of organized criminal enterprises where I utilized a wide-range of investigative techniques such as judicially authorized eavesdropping and GPS warrants, confidential informants, and data-analysis. I have participated in approximately fifty (50) search warrants, including warrants for the seizure and examination of electronics including computers and cellular telephones. I have also been involved in approximately sixty (60) arrests.

b. For approximately the past two years, I have been assigned to the Human Trafficking Response Unit. During this time period, I have received specialized training in the field of Human Trafficking including: (i) a one-day training jointly conducted by DANY and the NYPD that included outside experts and covered topics such as the psychological effects of trafficking on victims, interviewing techniques, investigative techniques specific to human trafficking, and tracing financial proceeds of trafficking, (ii) a three-day training conducted through the Amber Alert Training and Technical Assistance Program on the law enforcement response to child sex trafficking, held in conjunction with the Department of Justice and Massachusetts Attorney General's Office that covered the role of technology, interviewing techniques, and other aspects of investigating child sex trafficking operations, and (iii) a one-day summit on sex trafficking hosted by DANY and John Jay College of Criminal Justice. In 2010, I received my Masters in Criminal Justice from John Jay College where I did my thesis on the commercial sexual exploitation of children within the United States. Additionally, I have participated in the interview of at least ten victims of sex and labor trafficking where I interviewed individuals regarding topics such as the methods of control utilized by traffickers as well as their business methodologies.

c. As a result of my training and experience, I am familiar with the various methods employed by prostitution rings and sex traffickers, including but not limited to: (i) soliciting prostitution clients, (ii) gaining and maintaining control over trafficking victims, (iii) use of code words, (iv) laundering proceeds of prostitution activities, (v) use of cellular telephones, and (vi) use of e-mail. I am aware that in many cases sex traffickers use violence to punish and maintain control over the women they are prostituting.

d. Further, I am familiar with many of the methods utilized by persons engaged in sex trafficking and prostitution. I am familiar with how they use the internet, text messaging, email, social media including Instagram and Facebook, and other means of electronic communication to facilitate their crimes. For example, I

USAO_0020023

have participated in several Sex Trafficking and Promoting Prostitution investigations which have revealed that there are numerous communications daily between individuals involved in prostitution and their "pimps" through the use of cellular telephones and email accounts.

e. In addition, from my training and experience, I am aware that individuals who are involved in promoting prostitution often use the website Backpage.com to advertise the services of prostituted individuals. These advertisements are most often categorized under the "escorts" section of backpage.com for the particular geographical region where the service is available. These advertisements often contain pictures of the prostituted individual and or the prostituted individual's body parts in a sexually explicit fashion. These advertisements also often contain sexually explicit descriptions of the prostituted individual's body and or body parts.

f. Further, I am aware that many promoters and traffickers utilize social media, including Facebook.com to recruit individuals to work for the prostitution operations and to communicate with those individuals through private messages sent from one user's account to another's.

g. As part of an ongoing investigation into promoting prostitution and sex trafficking in Manhattan, I have looked at the TARGET FACEBOOK ACCOUNT and believe they are being and have been utilized to commit the above-described crimes.

h. On August 5, 2016, the Honorable Judge Guardino found that there was probable and reasonable cause to believe that the TARGET ACCOUNT was being utilized to commit the crime of Promoting Prostitution in the Third Degree and signed a warrant authorizing the search of THE TARGET ACCOUNT as well as another account associated with the investigation. A copy of this search warrant and the affirmation in support of the warrant is attached and incorporated hereto as Exhibit 1. Information obtained through this authorized search of THE TARGET ACCOUNT confirmed that "Mike Hill," the user of the TARGET ACCOUNT, used THE TARGET ACCOUNT to send private messages to numerous female individuals to recruit those individuals to come work in prostitution for him.

i. Further, I have continued to observe posts on THE TARGET ACCOUNT and know, through my training and experience, that numerous posts on THE TARGET ACCOUNT continue to discuss prostitution and promoting prostitution. For example:

USAO_0020024

i) On July 29, 2017, the user of THE TARGET ACCOUNT posted a post that read in part: "Everything I own came outta a hos pussy no dope dealing no 9 to5 job no credit swiping no insurance scamming straight laced Pimping 24 hrs 365 days a year can you Simps say the same ? #hookers #whore."

ii) On August 21, 2017, the user of THE TARGET ACCOUNT posted a post that read in part: "Majority of you new age niggaz claiming to be Pimps have no game posting a bitch on backpage.com does not make you a Pimp stop claiming the Pimp Game when all the bitch does is wait for her phone to ring how can this fuckery put you at the forefront of this game any bitch can post herself what are you gonna do to make this bitch successful and show her how to make millions instead of $70 & $100 quick visits ?" Based on my training and experience, I know that backpage.com is a website used to post online advertisements for sexual services for money and that "bitch" is a term sex traffickers and pimps use to refer to the women working for them in prostitution.

iii) On August 26, 2017, the user of THE TARGET ACCOUNT posted numerous photos of a female in a black dress kneeling on the ground, some of which show a male individual in the mirror taking photographs with a cellular phone.   The text of the post reads in part "2017 Pimp of the Year congratulations to myself for being the most Prolific gentleman of Leisure that's very active and current in this game I realize that I'm in a league of my own and cannot relate to you New age niggaz claiming to be Pimps on social media all day when do you ever have time to break a bitch or put a bitch down… ." Based on my training and experience, I know that to "break a bitch" means to make an individual working in prostitution mentally and physically dependent on the pimp so that he can control her. A copy of this posting is attached as Exhibit 2.

j. Based on my training and experience, I believe that THE TARGET ACCOUNT was, and continues to be utilized to commit the crimes of Promoting Prostitution in the Third Degree, P.L. §230.25 and Prostitution P.L. §230.00.

k. Due to the nature of this warrant/order, upon its issuance, Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) will conduct a diligent search of its own records, and will provide the results to agents of the New York City Police Department or the New York County District Attorney's Office.   Neither I nor any other members of law enforcement agencies will be present while Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) conducts this search of its own records.

USAO_0020025

Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com) is not suspected of committing any crimes in connection with the account that is the subject of this warrant/order, therefore, it would be contrary to common sense, public policy, and the interests of justice for law enforcement officials to conduct physical or electronic searches of the premises or computers of Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com).  Moreover, allowing Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com) to review its own records in the absence of any law enforcement personnel is in accordance with the Electronic Communications Privacy Act (ECPA).  See 18 U.S.C. §2703(g).  The ECPA provides that law enforcement may obtain email content from service providers using a suitable court process based upon probable cause.  Upon obtaining the results of the searches/records checks conducted by Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com), the People request the Court's authorization to seize, search, retrieve, and view all the data, information, and images, and to print and otherwise reproduce them by converting or copying them into storage in another device. Notwithstanding this authorization, the People request that the Court deem this warrant/order as "executed" when it is served upon the service provider, and deem any and all subsequent review as analysis.

1. The individuals believed to be associated with THE TARGET FACEBOOK ACCOUNT have not been arrested or charged and are therefore unaware of the investigation regarding their involvement in the above-described offenses.  Therefore, pursuant to 18 U.S.C. § 2705(b), this application requests an order of non-disclosure to the records holder, since notification to the user of the target account prior to the completion of the instant investigation could cause the user and/or any accomplices to destroy or tamper with evidence, endanger the life or safety of another individual, flee from prosecution, intimidate a potential witness, or otherwise seriously jeopardize and interfere with an ongoing criminal investigation or unduly delay trial.

USAO_0020026

WHEREFORE, deponent respectfully requests that the Court issue a warrant/order in the form annexed (i) to search/obtain records of the Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) account associated with the user "MIKE HILL" (https://www.facebook.com/lavellous) (THE TARGET FACEBOOK ACCOUNT), and (ii) directing that if such evidence is found, it be brought before the Court.

The People request that the application in this matter and any record made or testimony given be sealed, except for one copy upon the request of the New York County District Attorney's Office.

_____
Investigator Ariela DaSilva

_____
Jennifer Dolle
APPROVED: Assistant District Attorney

Sworn to before me this:

_____
Judge
HON. MELISSA C. JACKSON
PT. 62   SEP 2 6 2017

_____
Name of Court Reporter

8

USAO_0020027

*No821- 2016*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE MATTER OF AN APPLICATION PURSUANT

TO C.P.L. ARTICLE 690 AND 18 U.S.C. §2703 FOR A

WARRANT/ORDER TO SEARCH/OBTAIN RECORDS

RELATING TO:

FACEBOOK, INC. (A/K/A FACEBOOK, A/K/A

FACEBOOK.COM) ACCOUNTS ASSOCIATED WITH

USER "MIKE HILL" WITH UNIFORM RESOURCE

LOCATOR ("URL") "https://www.facebook.com/lavellous"

("HILL ACCOUNT")        AND USER "TASHA

MONROE" WITH UNIFORM RESOURCE LOCATOR

("URL")

"https://www.facebook.com/BACARDINoBootieT?fref=ts"

("MONROE ACCOUNT") (collectively, "THE TARGET

FACEBOOK ACCOUNTS")

AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT

Senior Investigator Ariela DaSilva, being duly sworn, deposes and says:

1. I am a Senior Investigator at the New York County District Attorney's Office ("DANY"), Investigation Bureau, Human Trafficking Response Unit, and I am a

1

USAO_0020029

public servant of the kind specified in CPL 690.05(1).

2.  The information contained in this affidavit is based upon my review of documents related to this investigation and inferences I have drawn from this information. It does not, however, include all of the information known to me with respect to this investigation, but only the information that is necessary to establish the requisite probable cause.

3.  This affidavit is submitted in support of an application for a warrant to search and obtain records from the Facebook, Inc. (aka/ Facebook or Facebook.com) accounts of user "MIKE HILL" with uniform resource locator ("URL") "https://www.facebook.com/lavellous?fref=ts" ("HILL ACCOUNT") and user "TASHA MONROE" with uniform resource locator ("URL") https://www.facebook.com/BACARDINoBootieT?fref=ts ("MONROE ACCOUNT") (collectively, "THE TARGET FACEBOOK ACCOUNTS"), where there is reasonable cause to believe that evidence of the commission of the crime of Promoting Prostitution in the third Degree, P.L. §230.25, Prostitution, P.L. §230.00 and an attempt or conspiracy to commit those crimes, and related crimes, will be found in, including, but not limited to, the following:

   a.  Any and all associated subscriber information and user contact information, including, but not limited to, all "About Me" data, user identification number, current name and any prior names associated with the account, alternate names, birth date, contact email addresses, including removed email addresses, physical addresses, associated or registered telephone numbers, associated screen names, associated websites, apps, registration date, and work data;

   b.  A user "neo-print", including account status history, profile contact information, date and time of account creation, historical login information, mini-feed, status update history, shares, notes, wall and timeline postings to the target account, wall and timeline postings made by the target account to other accounts, friend listing, including deleted or removed friends and friends identified as "Family", the names of all users listed as "Followers" or as "Following," networks, group listing, future and past events, end video listing;

   c.  A user "photo-print", including all undeleted or saved photos, photos in which a user has been "tagged" with the user name, and all associated metadata or EXIF data with any such photos;

   d.  Any and all associated Groups information, including a list of all other users

2

currently registered in any such groups and the current status of the group profile page;

e.  Any public or private messages, including any attached documents, images, or photos;

f.  All notes written and published to the accounts;

g.  IP logs for the date range of 8/1/2015 through present, including script data, script get data, user id, view time, IP source information, login and logout data, and active sessions data;

h.  All chat history, including, but not limited to, the content of all chats and date and time information for all chats;

i.  All check-in data;

j.  All Connections data, including, but not limited to, all users who have liked THE TARGET FACEBOOK ACCOUNTS' Page or Place;

k.  All stored credit card numbers;

l.  All events data;

m.  All Friend Requests data, including pending sent and received friend requests;

n.  All associated data that is "Hidden from News Feed," including any friends, apps, or pages hidden from the News Feed;

o.  The Last Location associated with an update;

p.  All "Likes on Other's Posts," "Likes on Your Posts from others," and "Likes on Others Sites" data;

q.  A list of all linked accounts;

r.  A list of all "Pages You Admin" for the target accounts;

s.  All Physical Tokens data;

t.  All Pokes data;

u.  All Recent Activities data;

v.  All Searches data;

w.  All Shares data; and

x.  All videos posted to the target accounts.

4.  As set forth below, there is probable cause to believe the above-described TARGET FACEBOOK ACCOUNTS has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense, tends

3

to demonstrate that an offense was committed, and that a particular person participated in the commission of an offense.

5. With respect to the MONROE ACCOUNT, this affidavit seeks only the above-described account information from September 1, 2015 through January 31, 2016.

## REASONABLE AND PROBABLE CAUSE TO BELIEVE THAT THERE IS EVIDENCE WITHIN THE TARGET EMAIL ACCOUNT

6. As set forth below, there is reasonable and probable cause to believe the above-described account has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense, and the above-described account constitutes evidence or tends to demonstrate that an offense was committed or that a particular person participated in the commission of an offense.

   a. I have been a sworn investigator with the New York County District Attorney's Office for approximately eight (8) years. During that time period, I have been involved in the investigation of organized criminal enterprises where I utilized a wide-range of investigative techniques such as judicially authorized eavesdropping and GPS warrants, confidential informants, and data-analysis. I have participated in approximately thirty (30) search warrants, including warrants for the seizure and examination of electronics including computers and cellular telephones. I have also been involved in approximately fifty (50) arrests.

   b. For approximately the past year, I have been assigned to the Human Trafficking Response Unit. During this time period, I have received specialized training in the field of Human Trafficking including: (i) a one-day training jointly conducted by DANY and the NYPD that included outside experts and covered topics such as the psychological effects of trafficking on victims, interviewing techniques, investigative techniques specific to human trafficking, and tracing financial proceeds of trafficking, (ii) a three-day training conducted through the Amber Alert Training and Technical Assistance Program on the law enforcement response to child sex trafficking, held in conjunction with the Department of Justice and Massachusetts Attorney General's Office that covered the role of technology, interviewing techniques, and other aspects of investigating child sex trafficking operations, and (iii) a one-day summit on sex trafficking hosted by DANY and John Jay College of Criminal Justice. In 2010, I received my Masters in Criminal

4

Justice from John Jay College where I did my thesis on the commercial sexual exploitation of children within the United States. Additionally, I have participated in the interview of at least ten victims of sex and labor trafficking where I interviewed individuals regarding topics such as the methods of control utilized by traffickers as well as their business methodologies.

c. As a result of my training and experience, I am familiar with the various methods employed by prostitution rings and sex traffickers, including but not limited to: (i) soliciting prostitution clients, (ii) gaining and maintaining control over trafficking victims, (iii) use of code words, (iv) laundering proceeds of prostitution activities, (v) use of cellular telephones, and (vi) use of e-mail. I am aware that in many cases sex traffickers use violence to punish and maintain control over the women they are prostituting.

d. Further, I am familiar with many of the methods utilized by persons engaged in sex trafficking and prostitution. I am familiar with how they use the internet, text messaging, email, social media including Instagram and Facebook, and other means of electronic communication to facilitate their crimes. For example, I have participated in several Sex Trafficking and Promoting Prostitution investigations which have revealed that there are numerous communications daily between individuals involved in prostitution and their "pimps" through the use of cellular telephones and email accounts.

e. In addition, from my training and experience, I am aware that individuals who are involved in promoting prostitution often use the website Backpage.com to advertise the services of prostituted individuals. These advertisements are most often categorized under the "escorts" section of backpage.com for the particular geographical region where the service is available. These advertisements often contain pictures of the prostituted individual and or the prostituted individual's body parts in a sexually explicit fashion. These advertisements also often contain sexually explicit descriptions of the prostituted individual's body and or body parts.

f. Further, I am aware that many promoters and traffickers utilize social media, including Facebook.com to recruit individuals to work for the prostitution operations and to communicate with those individuals through private messages sent from one user's account to another's.

g. As part of an ongoing investigation into promoting prostitution and sex trafficking in Manhattan, I have looked at the TARGET FACEBOOK

5

ACCOUNTS and believe they are being and have been utilized to commit the above-described crimes.

h. Several posts on both the HILL ACCOUNT and the MONROE ACCOUNT discuss prostitution and promoting prostitution. For example:

i) On September 7, 2015 the user of the HILL ACCOUNT posted two photos accompanied by the caption, "Guess who's back in the gym ? It's choosing season any female that wanna go to the top f [sic] the success letter [sic] take one look at me and I am success inbox a Pimp." In my training and experience, I know that to "choose" is a term referring to a prostituted individual deciding to work for a specific pimp.  I believe that this post is meant to recruit women to work for the user in prostitution and that when the user tells those interested to "inbox a pimp" it is an instruction to send a private message to him that is not able to be seen by anyone but the user.  A copy of this posting is attached as Exhibit A.

ii) On September 8, 2015 the user of the HILL ACCOUNT posted: "Bad Bitch getting to Daddies money" accompanied by several photos of a woman that appears to be the user of the MONROE ACCOUNT. Based on my training and experience, I know that "bitch" is a term promoters and traffickers use to refer to the women working for them in prostitution and "daddie" or "Daddy" is a term the women working in prostitution use to refer to their pimp.  A copy of this posting is attached as Exhibit B.

iii) On September 25, 2015, the user of the MONROE ACCOUNT posted a picture along with the caption "Daddy's Mike Hill money maker" in which the HILL ACCOUNT target account was tagged.[1] The HILL ACCOUNT commented on the photo: "Looking like a Pimps million dollar bitch $$$$$ my money machine all she do is make $$$$$$$$."  Based on my training and experience, I believe that this posting and the comment means that the user of the MONROE ACCOUNT was working for the user of the HILL ACCOUNT in his prostitution ring.  A copy of this posting is attached as Exhibit C.

iv) On October 4, 2015, the user of the MONROE ACCOUNT posted a picture of food along with the caption "This is how I get to eat after making daddy

---

[1] Based on my knowledge of Facebook, I know that to be "tagged" in a post means that one user links that posting to the other user's account.

6

Mike Hill them big bucks...." in which the HILL ACCOUNT was again tagged. A third individual commented on this posting concerning working for MIKE HILL. The user of the HILL ACCOUNT then responded "come pop it for me pay a real man" which I believe to mean that he wants that individual to come work for his prostitution ring and pay him the money earned through prostitution. A copy of this posting is attached as Exhibit D.

v) On January 7, 2016, the user of the MONROE ACCOUNT posted several pictures of herself lying on a bad with cash with the caption "What I made today for my king Mike Hill, Yes you see it? Super big trap", with the HILL ACCOUNT tagged in the caption. Based on my training and experience, I know that in prostitution slang, "trap" is the money earned from prostitution. A copy of this posting is attached as Exhibit E. Based on my training and experience and these postings, I believe that the user of the MONROE ACCOUNT was working as a prostituted individual for the user of the HILL ACCOUNT from approximately September 2015 through January 2016 which is why this warrant seeks the account information for the MONROE ACCOUNT for only this time period.

vi) On January 13, 2016, the user of the "HILL ACCOUNT" posted: "The bitch got a Pimps pocket itching for the cash $$$$$$$", accompanied by two photos of a woman in lingerie. A copy of this posting is attached as Exhibit F.

vii) On January 21, 2016, the user of the HILL ACCOUNT posted the following status:

"In 1999 I caught my first bitch that was willing to sell herself for me her name was Christina outta Roosevelt LI I was a total square green as fuck selling drugs on the side but that day I tried to become a Pimp my best friend Joel called me one night and said I got a bitch for you that has nowhere to go and can't live wit me anymore Iight bulbs went off in my head I said bring her threw he dropped her off to my room I was renting from my cousin around 1 am I remember it like it was yesterday still sends chills down my spine thinking about it the first thing she did when she got into my room was take her clothes off I said hold on what are you doing ? She said I thought you wanted sex for me to stay wit you I said nah baby I got bigger plans for us we spoke the entire night and told her she was my bitch now and you belong to me and tomorrow we will start lol that's how green I was I said tomorrow I had no knowledge of the game or rules that morning we

7

woke up got dressed and and went to the corner store for an bacon and egg sandwich hoped on my Red line bike and rode to the projects where I said to all my niggaz give me 20 dollars and you can fuck smh green isn't the word that day I knew I wanted to be a Pimp and not a drug dealer She was my bottom bitch and kept food in our mouths Christina wherever you are in this world thank you for showing me true loyalty and helping me understand that any man could have your body but when you have their mind you have the entire bitch!"   A copy of this posting is attached as Exhibit G.

viii) On January 24, 2016, the user of the HILL ACCOUNT posted two pictures of a woman on a bed with a pile of cash along with the caption: "All i do is check trap from my ladies!" In my training and experience, I know that in prostitution slang, "checking trap" refers to a pimp collecting money earned by a woman working for him in his prostitution operation.  A copy of this posting is attached as Exhibit H.

ix) Further, on May 10, 2016, the user of the HILL ACCOUNT posted a meme with the caption "A Real Hoe Will Get Down Bow Down & Stay Down For a Real Pimp's Crown."  A copy of this posting is attached as Exhibit I

i.  Based on my training and experience, I believe that the TARGET ACCOUNTS are and were being utilized to commit the crimes of Promoting Prostitution in the Third Degree, P.L. §230.25 and Prostitution P.L. §230.00.

j.  Due to the nature of this warrant/order, upon its issuance, Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) will conduct a diligent search of its own records, and will provide the results to agents of the New York City Police Department or the New York County District Attorney's Office.  Neither I nor any other members of law enforcement agencies will be present while Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) conducts this search of its own records. Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com) is not suspected of committing any crimes in connection with the account that is the subject of this warrant/order, therefore, it would be contrary to common sense, public policy, and the interests of justice for law enforcement officials to conduct physical or electronic searches of the premises or computers of Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com).  Moreover, allowing Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com) to review its own records in the absence of any law  enforcement  personnel  is  in  accordance  with  the  Electronic

8

Communications Privacy Act (ECPA).   See 18 U.S.C. §2703(g).   The ECPA provides that law enforcement may obtain email content from service providers using a suitable court process based upon probable cause.   Upon obtaining the results of the searches/records checks conducted by Facebook, Inc.   (a/k/a Facebook, a/k/a Facebook.com), the People request the Court's authorization to seize, search, retrieve, and view all the data, information, and images, and to print and otherwise reproduce them by converting or copying them into storage in another device. Notwithstanding this authorization, the People request that the Court deem this warrant/order as "executed" when it is served upon the service provider, and deem any and all subsequent review as analysis.

k.   The individuals believed to be associated with THE TARGET FACEBOOK ACCOUNTS have not been arrested or charged and is therefore unaware of the investigation regarding their involvement in the above-described offenses.   Therefore, pursuant to 18 U.S.C. § 2705(b), this application requests an order of non-disclosure to the records holder, since notification to the user of the target account prior to the completion of the instant investigation could cause the user and/or any accomplices to destroy or tamper with evidence, endanger the life or safety of another individual, flee from prosecution, intimidate a potential witness, or otherwise seriously jeopardize and interfere with an ongoing criminal investigation or unduly delay trial.

9

USAO_0020037

WHEREFORE, deponent respectfully requests that the Court issue a warrant/order in the form annexed (i) to search/obtain records of the Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) accounts associated with the users "MIKE HILL" (https://www.facebook.com/lavellous) the HILL ACCOUNT and "TASHA MONROE" (https://www.facebook.com/BACARDINoBootieT?fref=ts) the MONROE ACCOUNT (THE TARGET FACEBOOK ACCOUNTS), and (ii) directing that if such evidence is found, it be brought before the Court.

No previous application has been made in this matter to any other Judge, Justice, or Magistrate. The People request that the application in this matter and any record made or testimony given be sealed, except for one copy upon the request of the New York County District Attorney's Office.

_____
Investigator Ariela DaSilva

_____
Jennifer Dolle
APPROVED: Assistant District Attorney

Sworn to before me this

_____

AR1
08-05-16
HON. E. GUARINO
RPTR S. RUSSO

Judge

_____
Name of Court Reporter

10

N0821-2016

SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK


IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Senior Investigator

Ariela DaSilva, Shield #124, of the New York County District Attorney Office

Investigation Bureau's Human Trafficking Response Unit (i) that there is probable cause

to believe that certain evidence, to wit:

a. Any and all associated subscriber information and user contact information, including, but not limited to, all "About Me" data, user identification number, current name and any prior names associated with the account, alternate names, birth date, contact email addresses, including removed email addresses, physical addresses, associated or registered telephone numbers, associated screen names, associated websites, apps, registration date, and work data;

b. A user "neo-print", including account status history, profile contact information, date and time of account creation, historical login information, mini-feed, status update history, shares, notes, wall and timeline postings to the target account, wall and timeline postings made by the target account to other accounts, friend listing, including deleted or removed friends and friends identified as "Family", the names of all users listed as "Followers" or as "Following," networks, group listing, future and past events, end video listing;

c. A user "photo-print", including all undeleted or saved photos, photos in which a user has been "tagged" with the user name, and all associated metadata or EXIF data with any such photos;

d. Any and all associated Groups information, including a list of all other users currently registered in any such groups and the current status of the group profile page;

e. Any public or private messages, including any attached documents, images, or photos;

f.  All notes written and published to the accounts;

g.  IP logs for the date range of 8/1/2015 through present, including script data, script get data, userid, view time, IP source information, login and logout data, and active sessions data;

h.  All chat history, including, but not limited to, the content of all chats and date and time information for all chats;

i.  All check-in data;

j.  All Connections data, including, but not limited to, all users who have liked THE TARGET FACEBOOK ACCOUNTS' Page or Place;

k.  All stored credit card numbers;

l.  All events data;

m.  All Friend Requests data, including pending sent and received friend requests;

n.  All associated data that is "Hidden from News Feed," including any friends, apps, or pages hidden from the News Feed;

o.  The Last Location associated with an update;

p.  All "Likes on Other's Posts," "Likes on Your Posts from others," and "Likes on Others Sites" data;

q.  A list of all linked accounts;

r.  A list of all "Pages You Admin" for the target accounts;

s.  All Physical Tokens data;

t.  All Pokes data;

u.  All Recent Activities data;

v.  All Searches data;

w.  All Shares data; and

x.  All videos posted to the target accounts.

may be found in the Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) accounts

associated with users "MIKE HILL" (https://www.facebook.com/lavellous) and

"TASHA MONROE" (https://www.facebook.com/BACARDINoBootieT?fref=ts)

("THE TARGET FACEBOOK ACCOUNTS"), and (ii) that there is probable cause to

believe that the above-described property constitutes evidence and tends to demonstrate that an offense was committed, that a particular person participated in the commission of an offense, and that the above-described property has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense. With respect to the MONROE ACCOUNT, the warrant is limited to the account activity and information described above between September 1, 2015 and January 31, 2016.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to retrieve, enter, examine, copy, analyze, and to search THE TARGET FACEBOOK ACCOUNTS for the above-described evidence, and if you find such evidence or any part thereof, to bring it before the Court without unnecessary delay.

Further, this Court hereby authorizes law enforcement to seize, search, obtain, retrieve, and view all the data, information, and images provided to them by Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com), and to print and otherwise reproduce them by converting or copying them into storage in another device. Notwithstanding this authorization, the warrant/order is deemed "executed" when it is served upon Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com), and subsequent review is deemed analysis.

The Court authorizes Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) to conduct the search/records check of its own records and computer systems, and to provide the results to the New York City Police Department or the New York County

District Attorney's Office, in a format convenient for law enforcement.  Members of

the New York City Police Department or the New York County District Attorney's

Office or other law enforcement personnel are not required to be present while this

search/records check is conducted by Facebook, Inc.   (a/k/a Facebook, a/k/a

Facebook.com).

Further, pursuant to 18 U.S.C. §2705(b), this Court orders Facebook, Inc. (a/k/a

Facebook, a/k/a Facebook.com) not to notify or otherwise disclose the existence or

execution of this warrant/order to any associated user/accountholder, until the

conclusion of this investigation or otherwise by court order.

This warrant must be executed within 10 days of the date of issuance.

_____
Judge of the Criminal Court

AR1
08-05-16
HON.E.GUARINO
RPTR.S.RUSSO

Dated:New York, New York

_____



# EXHIBIT H

SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Senior Investigator

Ariela DaSilva, Shield #124, of the New York County District Attorney Office

Investigation Bureau's Human Trafficking Response Unit (i) that there is probable cause

to believe that certain evidence, to wit:

a. Any and all associated subscriber information and user contact information, including, but not limited to, all "About Me" data, user identification number, current name and any prior names associated with the account, alternate names, birth date, contact email addresses, including removed email addresses, physical addresses, associated or registered telephone numbers, associated screen names, associated websites, apps, registration date, and work data;

b. A user "neo-print", including account status history, profile contact information, date and time of account creation, historical login information, mini-feed, status update history, shares, notes, wall and timeline postings to the target account, wall and timeline postings made by the target account to other accounts, friend listing, including deleted or removed friends and friends identified as "Family", the names of all users listed as "Followers" or as "Following," networks, group listing, future and past events, end video listing;

c. A user "photo-print", including all undeleted or saved photos, photos in which a user has been "tagged" with the user name, and all associated metadata or EXIF data with any such photos;

d. Any and all associated Groups information, including a list of all other users currently registered in any such groups and the current status of the group profile page;

e. Any public or private messages, including any attached documents, images, or photos;

f.  All notes written and published to the accounts;

g.  IP logs for the date range of 8/1/2015 through present, including script data, script get data, userid, view time, IP source information, login and logout data, and active sessions data;

h.  All chat history, including, but not limited to, the content of all chats and date and time information for all chats;

i.  All check-in data;

j.  All Connections data, including, but not limited to, all users who have liked THE TARGET FACEBOOK ACCOUNT's Page or Place;

k.  All stored credit card numbers;

l.  All events data;

m.  All Friend Requests data, including pending sent and received friend requests;

n.  All associated data that is "Hidden from News Feed," including any friends, apps, or pages hidden from the News Feed;

o.  The Last Location associated with an update;

p.  All "Likes on Other's Posts," "Likes on Your Posts from others," and "Likes on Others Sites" data;

q.  A list of all linked accounts;

r.  A list of all "Pages You Admin" for the target accounts;

s.  All Physical Tokens data;

t.  All Pokes data;

u.  All Recent Activities data;

v.  All Searches data;

w.  All Shares data; and

x.  All videos posted to the target accounts.

may be found in the Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) account associated with user "MIKE HILL" (https://www.facebook.com/lavellous) ("THE TARGET FACEBOOK ACCOUNT"), and (ii) that there is probable cause to believe that the above-described property constitutes evidence and tends to demonstrate that an

USAO_0020048

offense was committed, that a particular person participated in the commission of an offense, and that the above-described property has been used, or was possessed for the purpose of being used, to commit or conceal the commission of an offense.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to retrieve, enter, examine, copy, analyze, and to search THE TARGET ACCOUNT for the above-described evidence, and if you find such evidence or any part thereof, to bring it before the Court without unnecessary delay.

Further, this Court hereby authorizes law enforcement to seize, search, obtain, retrieve, and view all the data, information, and images provided to them by Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com), and to print and otherwise reproduce them by converting or copying them into storage in another device.   Notwithstanding this authorization, the warrant/order is deemed "executed" when it is served upon Facebook, Inc.   (a/k/a Facebook, a/k/a Facebook.com), and subsequent review is deemed analysis.

The Court authorizes Facebook, Inc.  (a/k/a Facebook, a/k/a Facebook.com) to conduct the search/records check of its own records and computer systems, and to provide the results to the New York City Police Department or the New York County District Attorney's Office, in a format convenient for law enforcement.  Members of the New York City Police Department or the New York County District Attorney's Office or other law enforcement personnel are not required to be present while this

search/records check is conducted by Facebook, Inc.   (a/k/a Facebook, a/k/a Facebook.com).

Further, pursuant to 18 U.S.C. §2705(b), this Court orders Facebook, Inc. (a/k/a Facebook, a/k/a Facebook.com) not to notify or otherwise disclose the existence or execution of this warrant/order to any associated user/accountholder, until the conclusion of this investigation or otherwise by court order.

This warrant must be executed within 10 days of the date of issuance.

_____
Judge of the Supreme Court
HON. MELISSA C. JACKSON

Dated: New York, New York
PT. 62   SEP 2 6 2017
_____

USAO_0020050