```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :    18cr081 (DLC)
                                        :
LAVELLEOUS PURCELL, a/k/a "King         :    ORDER
Casino," a/k/a "Mike Hill,"             :
                                        :
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 12, 2020, counsel for the defendant informed the Court that the defendant prefers that the sentencing in this matter occur via a videoconference proceeding, as opposed to an in person proceeding. Accordingly, it is hereby

ORDERED that the sentencing proceeding is scheduled for **December 4, 2020** at **12:00 p.m.** via videoconference.

IT IS FURTHER ORDERED that the parties shall consult with the Bureau of Prisons and each other and advise the Court by **Thursday, November 19** which videoconferencing platform the proceeding can take place on.

Dated:   New York, New York
         November 13, 2020

                              _____
                                    DENISE COTE
                              United States District Judge