```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :      18cr81-01 (DLC)
                                         :
          -v-                            :      ORDER
                                         :
LAVELLEOUS PURCELL, a/k/a "King          :
Casino," a/k/a "Mike Hill,"              :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the mandate issued by the Second Circuit Court of Appeals on October 23, 2020, the defendant is scheduled to be resentenced on December 4. The defendant had requested that the proceeding occur by videoconference.

On December 1, the facility where the defendant is currently housed advised the Government that it is under lockdown due to the ongoing COVID-19 pandemic and a videoconference proceeding is not available. The proceeding may occur by telephone, however. Accordingly, it is hereby

ORDERED that the resentencing proceeding shall proceed as scheduled on **December 4** at **12:00 p.m.** as a telephone conference. The parties shall use the following dial-in credentials:

      Dial-in: **888-363-4749**

      Access code: **4324948**

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the Government shall promptly provide a copy of this Order to the facility where the defendant is housed.

IT IS FURTHER ORDERED that the Court will inquire of the defendant at the beginning of the proceeding whether he objects to proceeding with this resentencing via a telephonic conference.

Dated:   New York, New York
         December 2, 2020

                                   _____
                                   DENISE COTE
                                   United States District Judge