```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LAVELLEOUS PURCELL,                      :    22cv4802 (DLC)
                                         :    18cr0081-1 (DLC)
                        Movant,          :
            -v-                          :         ORDER
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On June 7, 2022, the movant filed a motion pursuant to 28 U.S.C. § 2255 to vacate his conviction and sentence. On June 30, 2022, the movant filed a motion for appointment of counsel. It is hereby

    ORDERED that the June 30 motion for appointment of counsel is granted. The CJA Administrator for the United States District Court for the Southern District of New York is respectfully directed to appoint counsel from the CJA Habeas Panel.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to the Movant and note service on the docket.

IT IS FURTHER ORDERED that the Government may file a sur-reply to the movant's 28 U.S.C. § 2255 motion no later than two weeks after the movant files a response.

SO ORDERED:

Dated:   New York, New York
         July 1, 2022

>                             _____
>                                       DENISE COTE
>                             United States District Judge