UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        18cr81-1 (DLC)
                                          :
          -v-                             :        ORDER
                                          :
LAVELLEOUS PURCELL,                       :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On November 4, 2025, the Second Circuit reversed this Court's decision on the defendant's §2255 motion and remanded the case for further proceedings on Count 2 of the defendant's conviction. The mandate having issued on January 8, 2026, it is hereby

ORDERED that counsel for the defendant and the Government shall confer and file a letter on the docket by January 23, 2026 with their proposed next steps to address the remand.

Dated:    New York, New York
          January 9, 2026

                                   _____
                                   DENISE COTE
                                   United States District Judge