UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :
                                       :        18cr81-1(DLC)
        -v-                            :
                                       :        ORDER
LAVELLOUS PURCELL,                     :
                                       :
                      Defendant.       :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

    This case having been remanded for a resentencing proceeding, and having received the Government's letter of January 23, 2026, it is hereby

    ORDERED that resentencing is scheduled for **April 17, 2026** at **11:00 AM** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **April 3, 2026,** and any Government submissions shall be due **April 10.**  One courtesy copy shall be sent to Chambers on the date of filing.

Dated:    New York, New York
          January 27, 2026

                        _____
                              DENISE COTE
                        United States District Judge