Case 1:18-cr-00081-DLC    Document 159    Filed 03/02/26    Page 1 of 4

**LINCOLN SQUARE LEGAL SERVICES, INC.**

| | Fordham University School of Law | Tel 212-636-6934 |
| --- | --- | --- |
| | 150 West 62nd Street, Ninth Floor | Fax 212-636-6923 |
| | New York, NY 10023 | |

March 2, 2026

**Via ECF**
The Honorable Denise Cote
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

*Granted.*

*Denise Cote*

*3/3/26*

Re: **United States v. Lavellous Purcell**
     **18-cr-00081-DLC-1**

Your Honor:

We respectfully submit this letter motion on behalf of Mr. Lavellous Purcell to request that the Court permit our client to waive his appearance at his resentencing set for April 18, 2026. We also request that the court permit our client to participate remotely in his resentencing. We have confirmed with Assistant United States Attorney Jane Kim and Mr. Purcell's counselor that his facility, FCI Victorville, has the ability to conduct remote court hearings.

We attach Mr. Purcell's executed declaration in support of this application. We reviewed the declaration with Mr. Purcell during a phone call on February 19 and received his executed declaration February 26. The government has represented that it will not oppose our motion, as indicated in our February 12 letter to the court. Thank you for your attention to this matter.

Respectfully submitted,

Michael Martin
Ian Weinstein
*Supervising Attorneys*

Lincoln Sq. Legal Services, Inc.
212-636-6934
mwmartin@lsls.fordham.edu
Attorneys for Mr. Purcell

On the letter: