UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 18 Cr. 81 (DLC) |
| LAVELLEOUS PURCELL, | |
| Defendant. | |

Resentencing in this matter is scheduled for April 17, 2026, at 11:00 a.m. The Bureau of

Prisons shall ensure that the defendant, Lavelleous Purcell, Reg. No. 91210-054, who is presently

located at FCI Victorville, is able to participate in this proceeding by phone [or by video].

~~The dial-in / [video link] for this proceeding is as follows:~~

The link will be provided to counsel separately as only the defendant is permitted
to appear remotely.

Dated: New York, New York
    March 19, 2025

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK