UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                 :

UNITED STATES OF AMERICA,         :

                                 :       18cr81-1(DLC)

           -v-                     :

                                 :           ORDER

LAVELLOUS PURCELL,             :

                                 :

                    Defendant.     :

                                 :
----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that resentencing in this matter scheduled for **April 17, 2026** is moved to **2:30 PM** in Courtroom 18B, 500 Pearl Street, with the defendant appearing by video conference link.  The Government shall make the necessary arrangements with BOP to make sure the defendant appears remotely at that time.

Dated: New York, New York
       April 9, 2026

                                   _____
                                        DENISE COTE
                      United States District Judge