UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America | **Order of Restitution** |
| v. | **18 Cr. 81 (DLC)** |
| Lavellous Purcell,<br>    a/k/a "King Casino,"<br>    a/k/a "Mike Hill,"<br><br>                        Defendant. | |

DENISE L. COTE, United States District Judge:

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Sam Adelsberg and Jamie Bagliebter, Assistant United States Attorneys, of counsel; the presentence report; and the conviction of LAVELLOUS PURCELL, a/k/a "King Casino," a/k/a "Mike Hill," the defendant, on Counts Three through Five of Indictment 18 Cr. 81; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** LAVELLOUS PURCELL, a/k/a "King Casino," a/k/a "Mike Hill," the defendant, shall pay restitution in the total amount of $138,250 to the victims of the offense charged in Counts Three through Five of Indictment 18 Cr. 81. The name, address, and specific amount owed to each victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** The liability of LAVELLOUS PURCELL, a/k/a "King Casino," a/k/a "Mike Hill," the defendant, for the above-described restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter.

The respective liability for restitution for each of the aforementioned defendants shall continue unabated until either that defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of its loss from all the restitution paid by that defendant and the co-defendants in this matter.

3. **Payment Schedule.**  The defendant shall pay restitution while incarcerated in the amount of 15% of his earnings if engaged in non-UNICOR employment.  However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward restitution, consistent with BOP regulations at 28 C.F.R. § 545. Upon commencement of his supervised release, the defendant shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no event shall those payments be less than the greater of either $200 per month or 10 percent of the defendant's gross monthly income.

4. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
         April 17, 2026

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2

SCHEDULE OF VICTIMS SEALED