UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LAVELLOUS PURCELL,

Defendant.

18cr81-1(DLC)

ORDER

DENISE COTE, District Judge:

On April 20, 2026, defendant Lavellous Purcell was resentenced in this Court pursuant to a remand from the Second Circuit. At that sentencing, the defendant was represented by Michael W. Martin and Ian Weinstein of Lincoln Square Legal Services, Inc.

On August 24, 2026, the Court received a motion from the defendant seeking to compel the Government to produce certain material. Accordingly, it is hereby

ORDERED that defendant's motion is hereby brought to the attention of his counsel.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated: New York, New York
August 25, 2026

DENISE COTE
United States District Judge